[16 NE3d 1255, 992 NYS2d 776]

ANA VEGA, Respondent, v 103 THAYER STREET, LLC, Defendant,
and CITY OF NEW YORK, Appellant.

Decided July 1, 2014

1028

**APPEARANCES OF COUNSEL**

*Michael A. Cardozo, Corporation Counsel*, New York City (*Susan Paulson* of counsel), for appellant.

*Levine & Wiss, PLLC*, Mineola (*Anthony A. Ferrante* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, order of Supreme Court, New York County, reinstated, and certified question answered in the negative. The City was entitled to judgment as a matter of law. The markings on the Big Apple Map failed to raise an issue of fact as to whether the City had prior written notice of the alleged defect.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.